407 A.2d 1305

**ESTATE of Harry D. TRUMPORE, Deceased.**

**APPEAL of Florence HOLMES.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1979.

Decided Nov. 26, 1979.

John Arnold Crisman, Berwick, for appellant.

George Killian, Stephen A. Teller, Wilkes Barre, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

**PER CURIAM:**

Decree affirmed. Each side to pay own costs.

MANDERINO, J., did not participate in this decision.